IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT DEASE,

        Plaintiff,

v.

ANDREW SAUL,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION[1],

        Defendant.

CIVIL ACTION

NO. 18-5106

## ORDER

**AND NOW**, this 31st day of March, 2020 upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12); Defendant's Response to Request for Review of Plaintiff (ECF No. 13); and Plaintiff's Reply to Defendant's Response to Plaintiff's Request for Review (ECF No. 14), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

                              BY THE COURT:

                              */s/ Henry S. Perkin*
                              HENRY S. PERKIN
                              United States Magistrate Judge

---

[1] Andrew M. Saul became the Commissioner of Social Security in June 2019. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as a party in place of Nancy A. Berryhill, who was Acting Commissioner from January 23, 2017 through June of 2019.